O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUSTINO RUA,<br><br>             Plaintiff,<br><br>      v.<br><br>CALIFORNIA CORRECTIONAL<br>HEALTH CARE SERVICES, et al.,<br><br>             Defendants. | Case No.  2:19-cv-06115-CJC-KES<br><br>ORDER ACCEPTING REPORT AND<br>RECOMMENDATION OF UNITED<br>STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.  The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Second Amended Complaint with prejudice.

DATED:  April 29, 2020

_____

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE