JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUSTINO RUA,<br><br>　　Plaintiff,<br><br>v.<br><br>CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, et al.,<br><br>　　Defendants. | Case No. 2:19-cv-06115-CJC (KES)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting the Final Report and Recommendation of the United States Magistrate Judge,

　　IT IS ADJUDGED that the Second Amended Complaint is dismissed with prejudice.

DATED: April 29, 2020

　　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE